# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:17-MJ-00078 |
| GABIELLE FRY | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of  Defendant , IT IS ORDERED that a detention hearing is set for  Friday, March 31, 2017 , _____ , at  2:00  ☐ a.m. / ☒ p.m. before the Honorable  Douglas F. McCormick , in Courtroom  6B  .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: March 29, 2017

Douglas F. McCormick
U.S. ~~District Judge~~/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                                          Page 1 of 1